

Charles Lazo  |  Associate
Direct 646.292.8728  |  clazo@goldbergsegalla.com

November 22, 2024

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   Jordan Soplopuco et al. v. JLM Decorating, Inc. et al.
      Case No. 24-cv-04306
      **Involuntary Bankruptcy of Moshe Gold**

Your Honor:

     Goldberg Segalla LLP represents defendants JLM Decorating, Inc., JLM Decorating NYC Inc., Cosmopolitan Interior NY Corporation, Sam Gold and Moshe Gold. The undersigned is writing to notify the Court that Moshe Gold was placed into an involuntary Chapter 11 bankruptcy proceeding on September 4, 2024 in the United States Bankruptcy Court for the Eastern District of New York (the "Involuntary Bankruptcy"). The Involuntary Bankruptcy is styled as *In re Moshe Gold,* Case No. 24-43647 (NHL) (Bankr. E.D.N.Y. 2024).

     Upon becoming aware of the Involuntary Bankruptcy, the undersigned promptly notified plaintiff's counsel of the pending proceedings and the applicability of automatic stay pursuant to 11 U.S.C. § 362, which would stay the action as against Mr. Moshe Gold.

     Accordingly, we respectfully request that the Court stay this matter as it pertains against Mr. Moshe Gold until the resolution of the Involuntary Bankruptcy proceeding. We will keep the court apprised of any updates regarding the Involuntary Bankruptcy as they become available.

Respectfully submitted,

*Charles Lazo*

Charles Lazo

CL:

> Application GRANTED. Pursuant to 11 U.S.C. § 362(a), this action is hereby STAYED as to Defendant Moshe Gold pending resolution of the New York bankruptcy proceeding. If there is a substantial development in the bankruptcy proceeding, the parties should promptly notify the Court by joint letter. In any event, the parties are ordered to file a joint letter on **February 1, 2025**, and **every three months thereafter**, providing the Court with an update as to the status of the bankruptcy proceeding. The Clerk of Court is directed to terminate ECF No. 33.
>
> SO ORDERED.
>
> *[signature]*
> November 22, 2024

**Please send mail to our scanning center at:**