UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN SOPLOPUCO and JOSE RIVERA VIEDA,<br><br>        Plaintiffs,<br><br>     v.<br><br>JLM DECORATING, INC., JLM DECORATING NYC INC., COSMOPOLITAN INTERIOR NY CORPORATION, MOSHE GOLD, and SAM GOLD,<br><br>        Defendants. | 24-CV-04306 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: December 30, 2024
   New York, New York

            _____
             JEANNETTE A. VARGAS
             United States District Judge